FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Menke Jackson Beyer
Ehlis & Harper, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALIO C. ARMIJO AND CARMEN S. ARMIJO, husband and wife, individually and as a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PASCO, a municipal corporation; RANDY McCALMANT; CURT SMITH; JASON NUNEZ; RANDY ROACH; B.J. MOOS; and BRAD GREGORY,<br><br>Defendants. | NO. CV-08-5051-LRS<br><br>**ORDER OF DISMISSAL** |

The above entitled matter having before the Court upon the stipulation of the parties by and through their counsel, and it appearing to the Court that this matter has been fully settled and should no longer remain pending, and the Court being fully advised in the premises, now, therefore,

ORDER OF DISMISSAL - 1
(Proposed)

MENKE JACKSON BEYER
EHLIS & HARPER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

IT IS HEREBY ORDERED that the above entitled action shall be, and the same is hereby dismissed with prejudice and without costs.

DATED this 17th day of March, 2009.

_____
LONNIE R. SUKO
United States District Judge

Presented by:

s/ KIRK A. EHLIS
WSBA #22908
Attorneys for Defendants
Menke Jackson Beyer Ehlis
  & Harper, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

ORDER OF DISMISSAL - 2
(Proposed)

MENKE JACKSON BEYER
EHLIS & HARPER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351